IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, By MICHELLE A. HENRY, ATTORNEY GENERAL,<br><br>  Plaintiff,<br><br>v.<br><br>FLUENT, LLC d/b/a CAC; AMERICAN PRIZE CENTER, LLC; DELIVER TECHNOLOGY, LLC; REWARDZONE USA, LLC; and SAMPLES & SAVINGS USA, LLC,<br><br>  Defendants. | **ELECTRONICALLY FILED**<br><br>Case No. 2:22-cv-1551-NR |

## JOINT STATUS REPORT

The Commonwealth of Pennsylvania, by Attorney General Michelle A. Henry ("Commonwealth" or "Plaintiff") and Defendants Fluent, LLC, American Prize Center, LLC, Deliver Technology, LLC, RewardZone USA, LLC, and Samples & Savings USA, LLC (collectively, "Fluent") respectfully submit the following Joint Status Report.

Per the Court's Text Order of March 22, 2023, counsel has been directed to file a Joint Status Report "updating the Court on the status of settlement discussions, including whether a settlement agreement has been reached and, if not, whether the parties have a mutual interest in engaging in private mediation." ECF No. 24.

The Parties have reached a settlement in principle with respect to all of the claims in this action and are coordinating on finalizing documentation for submission to the Court.

DATE:  May 8, 2023                                   Respectfully submitted,

| COMMONWEALTH OF PENNSYLVANIA<br>OFFICE OF ATTORNEY GENERAL<br><br>MICHELLE A. HENRY<br>ATTORNEY GENERAL<br><br>BY:<br>*/s/ Amy L. Schulman*<br>Amy L. Schulman<br>Senior Deputy Attorney General<br>(PA ID No. 88088)<br>Attorney for the Commonwealth<br>Office of Attorney General<br>1251 Waterfront Place, Mezzanine Level<br>Pittsburgh, Pennsylvania 15222<br>Phone: 412-565-3523<br>Email: aschulman@attorneygeneral.gov<br><br>*Counsel for Plaintiff Commonwealth of Pennsylvania, Office of Attorney General* | MORGAN, LEWIS & BOCKIUS LLP<br><br><br><br><br>BY:<br>*/s/ John K. Gisleson*<br>John K. Gisleson, Esq. (PA62511)<br>Steven N. Hunchuck, Esq. (PA327892)<br>Morgan, Lewis & Bockius LLP<br>One Oxford Centre<br>Thirty-Second Floor<br>301 Grant Street<br>Pittsburgh, PA 15219<br>(412) 560-3300 (telephone)<br>(412) 560-7001 (facsimile)<br>john.gisleson@morganlewis.com<br>steven.hunchuck@morganlewis.com<br><br>Daniel S. Savrin, Esq. (*admitted pro hac vice*)<br>Caiti A. Zeytoonian, Esq. (*admitted pro hac vice*)<br>Morgan, Lewis & Bockius LLP<br>One Federal Street<br>Boston, MA 02110<br>(617) 341-7700 (telephone)<br>(617) 341-7701 (facsimile)<br>daniel.savrin@morganlewis.com<br>caiti.zeytoonian@morganlewis.com<br><br>*Counsel for Defendants Fluent, LLC; American Prize Center, LLC; Deliver Technology, LLC; Rewardzone USA, LLC; and Samples & Savings USA, LLC* |